UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE BELLE OF ORLEANS, L.L.C. AND COLUMBIA SUSSEX CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-7305** |
| **INDUSTRIAL RISK INSURERS, ET AL** | **SECTION "K"(3)** |

### ORDER

Before the Court is the "Joint Motion to Dismiss Complaint of Plaintiff-in-Intervention" filed on behalf of plaintiffs Bell of Orleans, LLC and Columbia Sussex Corporation and defendants Industrial Risk Insurers/Westport Insurance Corp., Princeton Excess & Surplus Lines Insurance Company, Westchester Surplus Lines Insurance Company, and Axis Surplus Insurance Company (Doc. 36).  Counsel for Orleans Levee District, plaintiff-in-intervention, has advised the Court that Orleans Levee District has no opposition to the motion.  Accordingly,

**IT IS ORDERED** that the intervention filed on behalf of Orleans Levee District is hereby dismissed.

**IT IS FURTHER ORDERED** that the "Motion to Strike Intervenor's Expert and Report of Hamid R. Alizadeh, P.E." filed on behalf of plaintiff Belle of Orleans, LLC and Columbia Sussex Corporation (Doc. 35) is hereby denied as moot.

New Orleans, Louisiana, this 3rd day of June, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE